DOTTIE WARD, as Administratrix de Bonis Non of NOAH D. PALMITIER, Deceased, Respondent, *v.* NEWBURGH SAVINGS BANK, Appellant.

Submitted April 8, 1946; decided April 18, 1946.

Motion by respondent for reargument or to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 766.]